LLOYD W. BAKER, ESQ.
Nevada Bar No.: 6893
CHRIS CAWLFIELD, ESQ.
Nevada Bar No.: 13669
**BAKER LAW OFFICES**
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
lit@bakerattorneys.net
Attorneys for Plaintiff

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No.: 11218
**NETTLES LAW FIRM**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| DANIEL T. ROBERTS, an individual, | Case No.: 2:17-CV-01836-JAD-NJK |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants | |

Plaintiff, DANIEL T. ROBERTS ("Plaintiff") and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY ("Defendant"), by and through their counsel of record, hereby **stipulate to the extension of all discovery deadlines by sixty (60) days.**

Pursuant to Local Rule 6-1(B), the parties hereby aver that this is the second discovery extension requested in this matter and is not sought for the purposes of delay.

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◊ Facsimile (702) 360-3234

## DISCOVERY COMPLETED TO DATE

The parties have conducted an FRCP 26(f) conference and have served their respective 26(a) disclosures as well as their initial expert disclosures pursuant to F.R.C.P. 26(a)(2)(B) and 26(a)(2)(C). Plaintiff served his initial 26(a) disclosures on or around August 23, 2017. Defendant served its initial 26(a) disclosures on or around September 13, 2017. Both parties served their respective initial expert disclosures on November 10, 2017 pursuant to a written agreement to extend the deadline by one week. Written discovery has been propounded by both sides and all written discovery has been answered. The deposition of the Plaintiff was taken on January 3, 2017. The deposition of Defense expert Brian Jones was taken on January 5, 2018. Plaintiff's expert Everett Lee Herdon, Jr.'s deposition will have his deposition taken on January, 16, 2018, and Defense expert Dr. Rimodi will have his deposition taken on January 24, 2018.

## DISCOVERY TO BE COMPLETED AND REASON FOR EXTENDING DISCOVERY

Discovery to be completed includes: depositions of fact witnesses; depositions of Plaintiff's treating physicians, which includes up to six (6) individual providers ; depositions of liability witnesses; 30(b)(6) deposition of American Family Insurance; remaining depositions of expert witnesses and depositions of rebuttal expert witnesses.

Pursuant to Local Rule 6-1, both parties agree that good cause and excusable neglect exist for this second requested extension. Both parties needed an extension for expert disclosures. Defendant disclosed three (3) experts and Plaintiff disclosed two (2) experts. Plaintiff's expert, Dr. William Muir, had his deposition scheduled for December 28, 2017 but had to cancel the deposition due to an illness. Dr. Muir's only availability now is after the current discovery cutoff date. Defense counsel wishes to depose all of Plaintiff's treating providers, which includes six (6) individual providers. These depositions cannot be completed before the current cutoff date. Finally, Christian Morris, lead counsel for Plaintiff, recently gave birth to her first child. Her son currently remains at Sunrise Hospital's prenatal care unit nearly two months after his birth. It has been difficult for the attorneys on this case to coordinate discovery dates that work for one another and it has been very difficult coordinating depositions

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◇ Facsimile (702) 360-3234

of all the treating providers and retained experts on this case. As such, Plaintiff's counsel and Defendant's counsel are in agreement that additional time for discovery is necessary due to the numerous factors discussed.

## PROPOSED NEW DISCOVERY DEADLINES

**Rebuttal Expert Disclosures**
**Current:** CLOSED
**Proposed:** CLOSED

**Interim Status Report**
**Current:** CLOSED
**Proposed:** CLOSED

**Dispositive Motions**
**Current:** 3/5/18
**Proposed:** 5/6/18

**Pre-Trial Order**
**Current:** 4/4/18
**Proposed:** 6/5/18

**Discovery Cut-Off**
**Current:** 2/1/18
**Proposed:** 4/2/18

If this extension is granted, all anticipated additional discovery should be completed within its stipulated extended deadlines. The parties agree that this request for extension of discovery deadlines is made by the parties in good faith and not for purposes of delay.

DATED this 10th Day of January, 2018               DATED this 10th Day of January, 2018

**BAKER LAW OFFICES**                               **HUTCHISON & STEFFEN, LLC**


 /s/Lloyd Baker                                     /s/Scott A. Flinders
LLOYD W. BAKER, ESQ.                               Scott A. Flinders (6975)
Nevada Bar No.: 6893                               Peccole Professional Park
CHRIS CAWLFIELD, ESQ.                              10080 West Alta Drive, Suite 200
Nevada Bar No.: 13669                              Las Vegas, Nevada 89145
500 S. Eighth Street                               Telephone: 702-385-2500
Las Vegas, NV 89101                                Facsimile: 702-385-2086
Telephone: (702) 360-4949                          sflinders@hutchlegal.com
Facsimile: (702) 360-3234                          Attorney for Defendant
lit@bakerattorneys.net
Attorneys for Plaintiff

NETTLES LAW FIRM

*/s/ Christian Morris*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No.: 11218
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@nettleslawfirm.com
Attorney for Plaintiff

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 10, 2018

Respectfully Submitted by:

*/s/ Lloyd Baker*
Lloyd Baker, Esq. (#6893)
500 S. 8th St.
Las Vegas, Nevada 89101
Attorney for Plaintiff