1  LLOYD W. BAKER, ESQ.
   Nevada Bar No.: 6893
2  CHRIS CAWLFIELD, ESQ.
   Nevada Bar No.: 13669
3  **BAKER LAW OFFICES**
4  500 S. Eighth Street
   Las Vegas, NV 89101
5  Telephone: (702) 360-4949
   Facsimile: (702) 360-3234
6  lit@bakerattorneys.net
   Attorneys for Plaintiff
7

8  CHRISTIAN M. MORRIS, ESQ.
   Nevada Bar No.: 11218
9  **NETTLES LAW FIRM**
   1389 Galleria Drive, Suite 200
10 Henderson, Nevada 89014
   Telephone: (702) 434-8282
11 Facsimile: (702) 434-1488

12

13                 **UNITED STATES DISTRICT COURT**

14                    **DISTRICT COURT OF NEVADA**

15

16  DANIEL T. ROBERTS, an individual,        Case No.: 2:17-CV-01836-JAD-NJK

17                 Plaintiff,                **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

18  v.                                       **(THIRD REQUEST)**

19  AMERICAN FAMILY MUTUAL
    INSURANCE COMPANY, a Wisconsin
20  corporation; and DOES I through X, and
    ROE CORPORATIONS I through X,
21  inclusive,

22                 Defendants

23

24       Plaintiff, DANIEL T. ROBERTS ("Plaintiff") and Defendant AMERICAN FAMILY

25  MUTUAL INSURANCE COMPANY ("Defendant"), by and through their counsel of record,

26  hereby **stipulate to the extension of all discovery deadlines by thirty (30) days.**

27       Pursuant to Local Rule 6-1(B), the parties hereby aver that this is the third discovery

28  extension requested in this matter and is not sought for the purposes of delay.

## DISCOVERY COMPLETED TO DATE

The parties have conducted an FRCP 26(f) conference and have served their respective 26(a) disclosures as well as their initial expert disclosures pursuant to F.R.C.P. 26(a)(2)(B) and 26(a)(2)(C). Plaintiff served his initial 26(a) disclosures on or around August 23, 2017. Defendant served its initial 26(a) disclosures on or around September 13, 2017. Both parties served their respective initial expert disclosures on November 10, 2017 pursuant to a written agreement to extend the deadline by one week. Written discovery has been propounded by both sides and all written discovery has been answered. The deposition of the Plaintiff was taken on January 3, 2017. The deposition of Defense expert Brian Jones was taken on January 5, 2018. Plaintiff's insurance claims expert, Everett Lee Herdon, Jr., had his deposition taken on January 16, 2018. Defense expert Dr. Rimodi had his deposition taken on January 24, 2018. Finally, Plaintiff's treating physician, Dr. William Muir, had his deposition taken on February 20, 2018.

## DISCOVERY TO BE COMPLETED AND REASON FOR EXTENDING DISCOVERY

Discovery to be completed includes: 30(b)(6) deposition of American Family Insurance. Pursuant to Local Rule 6-1, both parties agree that good cause and excusable neglect exist for this requested extension. Counsel have been in communication about the availability of the person most knowledgeable from Defendant American Family Insurance. Plaintiff's counsel were not informed about the availability of the 30(b)(6) deponent until March 13, 2018 despite having noticed the deposition twice – the first notice was served on January 16, 2018 which set a deposition date of February 1, 2018, and the amended notice was served on February 27th, 2018 which set a deposition date of March 22, 2018. The parties agreed to vacate the first deposition date because counsel for Defendant was still having difficulty identifying the person most knowledgeable for American Family Insurance. On March 13, 2018, counsel for Defendant indicated that American Family's person most knowledgeable has now been identified; however, the deposition must take place in Phoenix, Arizona and it cannot take place until April after the current discovery cutoff because counsel for Defendant and the person most knowledgeable cannot attend the current deposition set for March 22, 2018. Therefore, both

BAKER LAW OFFICES
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◊ Facsimile (702) 360-3234

sides agree that a thirty day (30) extension is warranted in order to complete the 30(b)(6) deposition.

Defendant's counsel filed a motion for summary judgment on March 13, 2018. Plaintiff attempted to take the 30(b)(6) deposition well before the current discovery cutoff date and before the motion was filed. Counsel for Defendant has indicated he will vacate and re-file the motion for summary judgment because of our agreement to extend discovery in order to take the 30(b)(6) deposition. It would be highly prejudicial to Plaintiff should the 30(b)(6) deposition not take place before Plaintiff's opposition is completed and oral arguments are heard on the motion for summary judgment. As such, Plaintiff's counsel and Defendant's counsel are in agreement that additional time for discovery is necessary due to the unavailability of Defendant's person most knowledgeable.

**PROPOSED NEW DISCOVERY DEADLINES**

**Rebuttal Expert Disclosures**
**Current:**     **CLOSED**
**Proposed:**    **CLOSED**

**Interim Status Report**
**Current:**     **CLOSED**
**Proposed:**    **CLOSED**

**Dispositive Motions**
**Current:**     5/6/18
**Proposed:**    ~~7/6/18~~  **6/6/18**

**Pre-Trial Order**
**Current:**     6/5/18
**Proposed:**    7/5/18

**Discovery Cut-Off**
**Current:**     4/2/18
**Proposed:**    5/2/18

. . .

. . .

. . .

If this extension is granted, all anticipated additional discovery should be completed within its stipulated extended deadlines. The parties agree that this request for extension of discovery deadlines is made by the parties in good faith and not for purposes of delay.

DATED this 15th day of March, 2018

**BAKER LAW OFFICES**

 /s/Lloyd Baker
LLOYD W. BAKER, ESQ.
Nevada Bar No.: 6893
CHRIS CAWLFIELD, ESQ.
Nevada Bar No.: 13668
500 S. Eighth Street
Las Vegas, NV 89101
Telephone: (702) 360-4949
Facsimile: (702) 360-3234
lit@bakerattorneys.net
Attorneys for Plaintiff

**NETTLES LAW FIRM**

/s/ Christian Morris
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No.: 11218
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@nettleslawfirm.com
Attorney for Plaintiff

DATED this 15th day of March, 2018

**HUTCHISON & STEFFEN, LLC**

 /s/Scott A. Flinders
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com
Attorney for Defendant

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** March 16, 2018

Respectfully Submitted by:

/s/ Lloyd Baker
Lloyd Baker, Esq. (#6893)
500 S. 8th St.
Las Vegas, Nevada 89101
Attorney for Plaintiff