```
Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

Attorneys for Defendant
American Family Insurance Company
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL T. ROBERTS, individually<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01836-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>ECF Nos. 28, 29, 37 |

Plaintiff Daniel T. Roberts and Defendant American Family Mutual Insurance Company, by and through their counsel of record, hereby stipulate under FRCP 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated this 4 day of ~~November~~ December, 2018.                    Dated this 10th day of ~~November~~ December, 2018.

BAKER LAW OFFICES                                                    NETTLES LAW FIRM

_____                                      _____
LLOYD W. BAKER, ESQ. (6893)                                          CHRISTIAN M. MORRIS, ESQ. (11218)
CHRIS CAWLFIELD, ESQ. (13669)                                        1389 Galleria Drive, Suite 200
500 S. Eighth Street                                                 Henderson, Nevada 89014
Las Vegas, Nevada 89101                                              *Co-Counsel for Plaintiff*
*Co-Counsel for Plaintiff*

Dated this 12 day of November, 2018.

HUTCHISON & STEFFEN, PLLC

_____
SCOTT A. FLINDERS, ESQ. (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorney for Defendant*

## ORDER OF DISMISSAL

Based on the parties' stipulation **[ECF No. 37]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 28, 29]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 12, 2018